UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ARTHUR NUNN,<br><br>    Petitioner,<br><br>    v.<br><br>RICK HILL, Warden,<br><br>    Respondent. | No. 2:22-cv-1396-EFB (HC)<br><br><br><br>ORDER |

    Petitioner, proceeding through counsel, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has paid the filing fee. After review of petitioner's claims, the court concludes that the petition states, for screening purposes, cognizable federal habeas claims. Therefore, service for the respondent will be directed.

    Accordingly, it is hereby ORDERED that:

    1. The Clerk of the Court shall serve a copy of this order, the form Consent to Proceed Before a United States Magistrate Judge, and a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Tami Krenzin, Supervising Deputy Attorney General.

    2. Respondent is directed to file a response (either an opposition or statement of non-opposition) to petitioner's motion to stay (ECF No. 2) within thirty days of the date of this order. Petitioner's optional reply is due seven days after any opposition is filed.

/////

3. The court will order additional scheduling, as appropriate, once the motion to stay is resolved.

Dated: August 10, 2022.

_/s/ Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE