UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ARTHUR NUNN,<br><br>Petitioner,<br><br>v.<br><br>TRACY JOHNSON, as Acting Warden, Folsom State Prison,<br><br>Respondent. | No. 2:22-cv-01396-TLN-EFB<br><br>**ORDER** |

Petitioner, a state prisoner proceeding through counsel, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 12, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 13.) Petitioner has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed December 12, 2022, are adopted in full;

2. Petitioner's August 8, 2022 Motion for Stay (ECF No. 2) is DENIED;

3. Respondent's September 9, 2022 Motion to Dismiss (ECF No. 8) is GRANTED, and

4. The Petition is DISMISSED without prejudice to Petitioner's ability to file it again once his state proceedings are final.

DATED: February 22, 2023

Troy L. Nunley
United States District Judge